Sharon T. Hritz (265105)
KELLER ROHRBACK L.L.P.
1129 State Street, Suite 8
Santa Barbara, CA 93101
Tel: (805) 456-1496
Fax: (805) 456-1497
shritz@kellerrohrback.com

Lynn Lincoln Sarko, *Pro Hac Vice*
Gretchen Freeman Cappio, *Pro Hac Vice*
Gretchen S. Obrist, *Pro Hac Vice*
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900
Fax: (206) 623-3384
lsarko@kellerrohrback.com
gcappio@kellerrohrback.com
gobrist@kellerrohrback.com

Attorneys for Plaintiffs
[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
AT SAN DIEGO

| | |
|---|---|
| LULA MAE RENTERIA and CAROL JONES, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SUNTRUST MORTGAGE, INC., SUNTRUST BANK, and SUNTRUST BANKS, INC. <br><br> Defendants. | No. 11-CV-00602-H-BGS <br><br> CLASS ACTION <br><br> STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO PLAINTIFFS' INDIVIDUAL CLAIMS |

Plaintiffs Lula Mae Renteria and Carol Jones ("Plaintiffs") and Defendants SunTrust Mortgage, Inc., SunTrust Bank and SunTrust Banks, Inc. (collectively "SunTrust"), by their

respective counsel, pursuant to Rule 41(a)(1)(A)(ii) have agreed to enter a joint stipulation of dismissal with prejudice as follows:

1. On March 25, 2011, Plaintiff Renteria filed a Class Action Complaint against SunTrust (Dkt. No. 1).

2. On July 18, 2011, Plaintiffs filed an Amended Class Action Complaint (Dkt. No. 20).

3. On May 23, 2012, Plaintiff Renteria and SunTrust entered into a Confidential Settlement Agreement and Release as to Renteria's individual claims.

4. On May 23, 2012, Plaintiff Jones and SunTrust entered into a Confidential Settlement Agreement and Release as to Jones' individual claims.

5. Plaintiffs have not yet filed a motion pursuant to Rule 23 of the Federal Rules of Civil Procedure to certify a class in this Action.

6. The Parties agree to bear their own costs and expenses in connection with the Confidential Settlement Agreements and Releases and any claim asserted by Plaintiffs individually.

7. The Parties consent, agree and stipulate that, solely with respect to Plaintiffs' individual claims, this Action is hereby DISMISSED WITH PREJUDICE.

DATED this 29th day of May, 2012.

| WILLIAMS MULLEN | KELLER ROHRBACK L.L.P. |
|---|---|
| By: s/Robert D. Perrow | By: s/Sharon T. Hritz |
| Robert D. Perrow | Sharon T. Hritz (265105) |
| Turner Broughton | KELLER ROHRBACK L.L.P. |
| J.P. McGuire Boyd, Jr. | 1129 State Street, Suite 8 |
| 200 South 10th Street, Suite 1600 | Santa Barbara, CA 93101 |
| Richmond, VA 23219 | Tel: (805) 456-1496 |
| Email: bperrow@williamsmullen.com | Fax: (805) 456-1497 |
| tbroughton@williamsmullen.com | Email: shritz@kellerrohrback.com |
| mboyd@williamsmullen.com | |
| | Lynn Lincoln Sarko |
| William N. Kammer (53848) | Gretchen Freeman Cappio |
| Robert E. McCarthy (106050) | Gretchen S. Obrist |

| | |
|---|---|
| Heather N. Stone (243159)<br>SOLOMON WARD SEIDENWURM & SMITH, LLP<br>401 B Street, Suite 1200<br>San Diego, CA  92101<br>Phone:  (619) 231-0303<br>Fax:     (619) 231-4755<br>Email: wkammer@swsslaw.com<br>         rmccarthy@swsslaw.com<br>         hstone@swsslaw.com<br><br>***Attorneys for Defendants SunTrust Mortgage, Inc., SunTrust Bank and SunTrust Banks, Inc.*** | KELLER ROHRBACK L.L.P.<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>Tel:  (206) 623-1900<br>Fax:  (206) 623 3384<br>Email: lsarko@kellerrohrback.com<br>         gcappio@kellerrohrback.com<br>         gobrist@kellerrohrback.com<br><br>Michael D. Braun (167416)<br>BRAUN LAW GROUP, P.C.<br>10680 West Pico Boulevard, Suite 280<br>Los Angeles, CA 90064<br>Tel:  (310) 836-6000<br>Fax:  (310) 836-6010<br>E-mail:  service@braunlawgroup.com<br><br>***Attorneys for Plaintiffs*** |

**CERTIFICATE OF SERVICE**

I hereby certify that, on May 29, 2012, I filed the foregoing document via the Court's CM/ECF system, which will send notice of such filing to the following counsel of record:

William N. Kammer, Heather N. Stone, J.P. McGuire Boyd, Jr., Richard E. McCarthy and Robert D. Perrow.

The document will also be served via U.S. First Class Mail to the following non-CM/ECF counsel of record:

Turner Broughton
Williams Mullen
200 South 10th Street, 16th Floor
Richmond, VA 23219

DATED this 29th day of May, 2012.

                                          s/Sharon T. Hritz
                                          Sharon T. Hritz